Judgment in a Civil Case (02/11)

E-FILED
Tuesday, 01 November, 2022  09:56:51 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Truphena Nyanchama,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 21-cv-4134 |
| | ) |
| **Genesis Medical Center,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Truphena Nyanchama's action against Defendant Genesis Medical Center is dismissed with prejudice.

**Dated: 10/31/2022**

AdKV

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court